**WILLIS & YOUNG, P.C.**
921 Bergen Avenue, Suite 525
Jersey City, New Jersey 07306
(201) 659-2090
Attorney for Defendant SALVADOR PUELLO-RODRIGUEZ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | :: | UNITED STATES DISTRICT COURT, |
| *Plaintiff,* | :: | DISTRICT OF NEW JERSEY |
| vs. | :: | CR. NO. 11-345 (WHW) |
| SALVADOR PUELLO-RODRIGUEZ, | :: | |
| *Defendant(s)* | :: | ORDER TO PERMIT TRAVEL |

**THIS** matter having been opened to the Court by Peter R. Willis, Esq., of Willis & Young, P.C. attorney for Defendant Salvador Puello-Rodriguez, for an Order Permitting the Defendant to travel to the Dominican Republic, and the United States Attorney, appearing and for good cause shown,

**IT IS** on this 21st day of March, 2012;

**ORDERED** that the Application is hereby GRANTED; and further

**ORDERED** that the Defendant, Salvador Puello-Rodriguez, is permitted to travel to the Dominican Republic for the purpose of visiting his ill mother, from April 4, 2012 until April 18, 2012.

_____
Hon. William H. Walls, USDJ